UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

**CIVIL ACTION NO. 05-197-JBC**

**BILLY HOWARD,** **PLAINTIFF,**

**V.**     **MEMORANDUM OPINION AND ORDER**

**JO ANNE BARNHART, COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION,** **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on the Commissioner's motion to dismiss. Having reviewed the record and being advised, the court will grant the motion.

The plaintiff, Billy Howard, received a closed period of disability benefits in a decision dated June 24, 2004. A copy of the decision was mailed to Mr. Howard that same day, and it informed him of his right to file written exceptions to the decision within thirty days. However, Mr. Howard did not file written exceptions until August 31, sixty-three days after he was presumed to have received the notice.

Mr. Howard did not justify his late filing with the Appeals Council despite being requested to do so. Nor did he seek an extension of time to file a list of exceptions. Because Mr. Howard failed to request review from the Appeals Council in a timely manner, he did not exhaust his administrative remedies and this court does not have jurisdiction over the matter. *Young v. Comm'r of Soc. Sec.*, 1996 WL 343527 (6th Cir. 1996). *See also Hilmes v. Secretary of Health and Human Servs.*, 983 F.2d 67, 69 (6th Cir.1993). Accordingly,

**IT IS ORDERED** that the Commissioner's motion to dismiss (DE 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **STRICKEN** from the docket.

Signed on February 1, 2006

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY